SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**NICOLE HERMANN, OSB # 126353**
Assistant United States Attorney
nicole.hermann@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:26-mj-00018 |
| v. | **GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE** |
| **EDVAR ARTIAGA-RAMOS,** | |
| **Defendant.** | Rule 48(a) Fed. R. Crim. P. |

The United States of America hereby moves the court, pursuant to Rule 48(a), Fed. R. Crim. P., for an Order dismissing the Criminal Complaint in the above captioned matter filed on February 9, 2026, without prejudice.

Dated: March 11, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Nicole M. Hermann*
**NICOLE M. HERMANN, OSB # 126353**
Assistant United States Attorney